

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

February 8, 1939

Hon. Swain Burkett
County Attorney
Castro County
Dimmitt, Texas

Dear Mr. Burkett:

Opinion No. O-141
Re: Whether a County Judge serving as
ex-officio school superintendent
can employ stenographer and pay
salary from general funds or school
funds.
Whether Commissioners' Court can
employ one and pay salary from county
funds.

Your letter of January 10, 1939, requesting an opinion, as shown above, has been given due consideration.

We enclose a copy of our opinion No. O-65, written January 27, 1939, to Hon. Thomas L. Blanton, County Attorney of Shackelford County. We are advised your county population at the last preceding Federal Census was 4,720.

We have gone through the maze of special laws relating to both county judges and county school superintendents. We do not find where the Legislature has made any provision for the county judge and ex-officio school superintendent of Castro County to employ a stenographer and pay said stenographer from any of the sources mentioned in your letter. See Handbook of Texas School Law, Kinsley, p. 190. Neither does the Commissioners' Court have such authority.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Benjamin Woodall
Assistant

BW:AW
APPROVED: Gerald C. Mann
NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT